VICTOR M. CHAVEZ, Bar #113752
Attorney at Law
P.O. Box 5965
Fresno, California 93755
Telephone: (559) 824-6293

Counsel for Defendant
ROBERTO SORIA-CUEVAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00297-JLT-BAM |
|---|---|
| *Plaintiff,* | |
| vs. | **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| ROBERTO SORIA-CUEVAS, | |
| *Defendant,* | JUDGE: Hon. Barbara McAuliffe |

IT IS HEREBY STIPULATED by the parties to this action through their respective counsel that the conditions of release ordered by the Hon. Stanley A. Boone on November 7, 2022 (Doc. 33), and contained in the Order Setting Conditions of Release dated January 6, 2023 upon which he was released on January 9, 2023, may be modified as follows: Mr. Soria Cuevas is on home incarceration with electronic monitoring. The parties agree that Mr. Soria Cuevas may be outside of his residence between the hours of 7:30 a.m. and 10:00 a.m. Monday through Friday for the purpose of driving his son to school, providing feed and water to his animals, and performing general maintenance on his property. Pretrial Services may adjust defendant's home incarceration schedule accordingly. This modification is necessary because Mr. Soria Cuevas' wife is returning to work and will not be able to perform the above tasks. All other conditions of release shall remain in full force and effect.

Pretrial Services Officer Frank Guerrero has visited defendant's residence and discussed this modification with the defendant and his wife. He supports this stipulation.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: 2/27/2023

/s/ *Victor M. Chavez*
VICTOR M. CHAVEZ
Attorney for Defendant
Roberto Soria Cuevas

Dated: 2/27/2023

/s/ *Antonio J. Pataca*
ANTONIO J. PATACA
Assistant United States
Attorney for Plaintiff

IT IS SO ORDERED.

Dated: **February 27, 2023**            /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE