VICTOR M. CHAVEZ, Bar #113752
Attorney at Law
P.O. Box 5965
Fresno, California 93755
Telephone: (559) 824-6293

Counsel for Defendant
ROBERTO SORIA-CUEVAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>ROBERTO SORIA-CUEVAS<br><br>Defendant | Case No. 1:22-cr-00297-JLT-BAM<br><br>STIPULATION TO MODIFY CONDITIONS OF RELEASE FROM HOME DETENTION TO CURFEW<br><br>DATE: tbd<br>TIME: tbd<br>JUDGE: Hon. |

IT IS HEREBY STIPULATED by the parties to this action through their respective counsel that the conditions of release ordered by the Hon. Stanley A. Boone on November 7, 2022 (Doc. 33), and contained in the Order Setting Conditions of Release dated January 6, 2023 upon which he was released on January 9, 2023, may be modified as follows: Condition 7(n) is modified from Home Detention to Curfew. Mr. Soria Cuevas is restricted to his residence every day from 8:00 p.m. to 6:00 a.m., or as adjusted by the Pretrial Services office or supervising officer, for medical, religious services, or court ordered obligations. All other conditions of release shall remain in full force and effect.

IT IS SO STIPULATED.

Dated: April 24, 2023 /s/ Victor M. Chavez
VICTOR M. CHAVEZ
Attorney for Defendant
Roberto Soria Cuevas

Dated: April 24, 2023 /s/ Antonio J. Pataca
ANTONIO J. PATACA
Assistant United States Attorney
Attorney for Plaintiff

IT IS SO ORDERED.

Dated: **April 25, 2023**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE