VICTOR M. CHAVEZ, Bar #113752
Attorney at Law
Post Office Box 5965
Fresno, California 93755
Telephone: (559) 824-6293

Counsel for Defendant
ROBERTO SORIA-CUEVAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:22-cr-00297-JLT-BAM |
|---|---|
| *Plaintiff,* | **STIPULATION PERMITTING OVERNIGHT CAMPING BY MR. SORIA; ORDER** |
| vs. | |
| ROBERTO SORIA-CUEVAS | |
| *Defendant.* | |

IT IS HEREBY STIPULATED by the parties through their respective counsel that Mr. Soria-Cuevas may attend his family reunion consisting of a camping trip at Shaver Lake on September 3, 2023. Mr. Soria-Cuevas is permitted to camp overnight with his family members on September 3 and must return to his home on September 4, 2023. The details of defendant's attendance will be worked out by Frank Guerrero, defendant's supervising pretrial services officer and Mr. Soria-Cuevas will follow Mr. Guerrero's instructions.

IT IS SO STIPULATED.

///
///
///
///
///
///

///

///

                                   Respectfully submitted,

Dated: August 17, 2023  
                                  */s/ Victor M. Chavez*  
                                  VICTOR M. CHAVEZ  
                                  Attorney for Defendant

Dated: August 17, 2023  
                                  */s/ Antonio J. Pataca*  
                                  ANTONIO J. PATACA  
                                  Assistant U.S. Attorney for Plaintiff

## **ORDER**

      The Court adopts the parties' stipulation.  All other conditions or release shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **August 17, 2023**                     /s/ Barbara A. McAuliffe  
                                                       UNITED STATES MAGISTRATE JUDGE