VICTOR M. CHAVEZ, Bar #113752
Attorney at Law
P.O. Box 5965
Fresno, California 93755
Telephone: (559) 824-6293

Counsel for Defendant
ROBERTO SORIA-CUEVAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       *Plaintiff,*<br><br>      vs.<br><br>ROBERTO SORIA-CUEVAS<br><br>      Defendant | Case No. 1:22-CR-00297-JLT-BAM<br><br>UNOPPOSED  APPLICATION TO EXONERATE SURETY  AND RECONVEY DEED OF TRUST; PROPOSED ORDER<br><br>Judge:  Hon. Jennifer L. Thurston |

On January 13, 2023, Jorge Soria  posted a property bond on behalf of his father, defendant Roberto Soria-Cuevas. (Doc 69). The bond was secured by a Deed of Trust with Assignment of Rents in the amount of $150,000, which was recorded with the Fresno County Recorder as Document No. 2023-0001509 on January 6, 2023. Thereafter the government filed a pretrial release violation petition on February 26, 2024. Defendant was arrested that date and a detention order was entered on March 4, 2024. (Doc 129)  Defendant is in custody and a trial date is set for June 17, 2025.

At this time defendant requests that his  surety be exonerated and that the property be reconveyed to his son, Jorge Soria.  Assistant U.S. Attorney Antonio J. Pataca does not oppose this request.          .

                                 Respectfully submitted,

Dated: March 7, 2025            /s/ Victor M. Chavez

                         Attorney for ROBERTO SORIA-CUEVAS

ORDER

IT IS HEREBY ORDERED that the surety is exonerated and that the Clerk of the Court shall reconvey the Deed of Trust with  Assignment of Rents currently on file with the Fresno County Recorder,  (Document #2023-0001509) to the surety who posted the property Bond, Jorge Soria-Rojas.

IT IS SO ORDERED.

Dated:    March 11, 2025

UNITED STATES DISTRICT JUDGE