MICHELE BECKWITH
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00297-JLT-BAM |
| Plaintiff, | STIPULATION CONTINUING TRIAL; AND ORDER |
| v. | |
| ROBERTO SORIA-CUEVAS, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on 6/17/2025.

2. By this stipulation, defendant now moves to continue the trial scheduled for 6/17/2025 to 1/21/2026, and to exclude time between 6/17/2025, and 1/21/2026, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes thousands of pages of investigative reports, video, audio recordings, cell phone extractions, and other voluminous materials. Supplemental discovery has been either produced directly to counsel or made available for inspection and copying.

      b)      Defendant is also charged in case 1:24-cr-0055-JLT-SKO, which is currently scheduled for a status conference on May 7, 2025. The parties anticipate that matter will be set for trial at the status conference.

      c)      Counsel for defendant desire additional time to consult with his client, review the voluminous discovery, conduct independent investigation, prepare for trial, and pursue a potential pretrial resolution of the case.

      d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of 6/17/2025 to 1/21/2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Date: April 28, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ Antonio J. Pataca
ANTONIO J. PATACA
Assistant United States Attorney

2

Date: April 28, 2025                                      /s/ Victor M. Chavez
                                                          VICTOR M. CHAVEZ
                                                          Counsel for Defendant
                                                          ROBERTO SORIA-CUEVAS

### ORDER

The trial scheduled for June 17, 2025, is hereby continued to **January 21, 2026, at 8:30 a.m. in Courtroom 4 before District Court Judge Jennifer L. Thurston**. Time is excluded through trial pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **April 28, 2025**                    /s/ Barbara A. McAuliffe
                                               UNITED STATES MAGISTRATE JUDGE