1  ERIC GRANT
   United States Attorney
2  ANTONIO J. PATACA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,          | CASE NO. 1:22-CR-00297-JLT-BAM

12 |                 Plaintiff,         | STIPULATION CONTINUING TRIAL

13 |         v.

14 | ROBERTO SORIA-CUEVAS,

15 |                 Defendants.

16

17                              **STIPULATION**

18     Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20     1.    By previous order, this matter was set for trial on 1/21/2026.

21     2.    By this stipulation, defendant now moves to continue the trial scheduled for 1/21/2026 to

22 3/31/2026, and to exclude time between 1/21/2026, and 3/31/2026, under 18 U.S.C. § 3161(h)(7)(A),

23 B(iv) [Local Code T4].

24     3.    The parties agree and stipulate, and request that the Court find the following:

25         a)    The government has represented that the discovery associated with this case

26 includes thousands of pages of investigative reports, video, audio recordings, cell phone

27 extractions, and other voluminous materials. Supplemental discovery has been either produced

28 directly to counsel or made available for inspection and copying.

                                         1

   b) Defendant is also charged in case 1:24-cr-0055-JLT-SKO, which is currently scheduled for trial on February 3, 2025.

   c) Counsel for defendant desire additional time to consult with his client, review the voluminous discovery, conduct independent investigation, prepare for trial, and pursue a pretrial resolution of the case.

   d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) The government does not object to the continuance.

   f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of 1/21/2026 to 3/31/2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Date:  November 3, 2025

ERIC GRANT
United States Attorney

/s/ Antonio J. Pataca
ANTONIO J. PATACA
Assistant United States Attorney

2

Date: November 3, 2025                    /s/ Victor M. Chavez
                                          VICTOR M. CHAVEZ
                                          Counsel for Defendant
                                          ROBERTO SORIA-CUEVAS

**ORDER**

The trial scheduled for January 21, 2026, is hereby continued to March 31, 2026, and time is excluded between January 21, 2026, and March 31, 2026, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

IT IS SO ORDERED.

Dated:   **November 4, 2025**

UNITED STATES DISTRICT JUDGE

3