ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:22-CR-00297-JLT-BAM |
| Plaintiff, | STIPULATION VACATING TRIAL DATE |
| v. | |
| ROBERTO SORIA-CUEVAS,<br>Defendant. | |

**STIPULATION**

1.    By previous order, this matter was set for trial on March 31, 2026.

2.    By this stipulation, the parties now move to vacate the trial date as to him only.

IT IS SO STIPULATED.


Dated:  March 9, 2026                          ERIC GRANT
                                              United States Attorney


                                              /s/ ANTONIO J. PATACA
                                              ANTONIO J. PATACA
                                              Assistant United States Attorney

1

Dated:  March 9, 2026

/s/ VICTOR M. CHAVEZ
VICTOR M. CHAVEZ
Counsel for Defendant
ROBERTO SORIA-CUEVAS

**ORDER**

IT IS SO FOUND AND ORDERED.

IT IS SO ORDERED.

Dated:   **March 9, 2026**

UNITED STATES DISTRICT JUDGE

2